AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT 9871664
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-cr-00363 |
| | ) Assigned To : Chief Judge Beryl A. Howell |
| TYRELL JORDAN STEWART | ) Assign. Date : 11/8/2022 |
| | ) Description: Indictment (B) |
| | ) Related Case: 22-cr-269 (BAH) |
| *Defendant* | ) |

RECEIVED NOV 9 '22
U.S. MARSHAL-DC

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **TYRELL JORDAN STEWART**

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1951 - CONSPIRACY TO INTERFERE WITH INTERSTATE COMMERCE BY ROBBERY;
18 U.S.C. § 371 - CONSPIRACY TO COMMIT CARJACKING;  22 D.C. Code § 2801 - ROBBERY; 22 D.C. Code §§ 2801, 4502 - ARMED ROBBERY;  22 D.C. Code § 1805 - AIDING AND ABETTING;  18 U.S.C. § 2312 - INTERSTATE TRANSPORTATION OF A STOLEN VEHICLE;  18 U.S.C. § 2 - AIDING AND ABETTING

Date: 11/08/2022

G. Michael Harvey
2022.11.08 16:03:19
-05'00'
*Issuing officer's signature*

City and state: WASHINGTON, DC

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 11/23/22
at *(city and state)* WASHINGTON, D.C.

Date: 11/23/22

R. Lipsky
*Arresting officer's signature*

R LIPSKY  SPECIAL AGENT ATF
*Printed name and title*